#### POWER *against* KENT and WHALEY.

IN this cause, the plaintiff's replication having been demurred to, he served an amended replication upon a clerk, in the office of the plaintiff's attorney, the latter being, and having been, for some time before, absent. The clerk, during such absence, requested the plaintiff's attorney to give him an amended replication; and, after receiving it, told the latter that all was right. No rule to amend was entered, and the plaintiff's attorney having taken an inquest upon the issue tendered by the replication, one question, upon moving to set aside this inquest, was, whether the *clerk* had power thus to *waive* this irregularity, in omitting to enter a rule to amend, and to *accept* the replication without that formality.

*D. Woods,* for the defendant.

*Stower,* contra.

*Curia.* The clerk represents the attorney, during his absence, as to all the ordinary proceedings of the office, and was, consequently, authorized to make this arrangement.

Motion denied.

An attorney's clerk, during the absence of the attorney, represents him, as to all the ordinary business of the office : And accordingly, where, during his principal's absence, he received an amended replication, and agreed to waive the formality of a rule for such amendment, *it* was holden binding upon the attorney.